■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENNOX ST. JOHN, Appellant.—Judgment unanimously reversed on the law, motion granted and matter remitted to Niagara County Court for further proceedings on the indictment. Memorandum: County Court erred in denying defendant's motion to suppress evidence. The testimony at the suppression hearing established that defendant was arrested based upon the observations of two sheriff's deputies over a 90-minute period. Defendant and John Hill were observed exchanging items with numerous individuals outside a bar in an area known for narcotics trafficking. That testimony revealed, however, that the deputies could not identify or describe any of the items allegedly exchanged. Without any information tending to establish the nature of those items, the deputies lacked probable cause for defendant's arrest *(cf., People v McRay,* 51 NY2d 594, 602, 605). The property seized from defendant incident to that unlawful arrest must, therefore, be suppressed. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM L. BUSH, JR., Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from a conviction of arson in the third degree, defendant contends that the jury's verdict is against the weight of the evidence. The People presented evidence that defendant was sitting in the automobile moments before it began to burn, ran from the vehicle as it was smoking, and admitted that he started the fire because of a dispute with the owner of the automobile. Fire investigators ruled out all causes other than the "human element." Defendant testified that he was sitting in the automobile immediately before it began to burn, but denied starting the fire. We are satisfied that the jury's verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495; *People v Ames,* 159 AD2d 1008). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Arson, 3rd Degree.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.